UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                         )

Keren Kayemeth LeIsrael-          )
Jewish National Fund, et al.        )
                                                         )
         Plaintiffs,               )
                                                         )
    v.                                     )      Civil Action No. 1:19-cv-03425
                                                         )
Education for a Just Peace in the Middle East)
d/b/a US Campaign for Palestinian Rights   )
                                                         )
         Defendant.             )
_____)

**PLAINTIFFS' MOTION FOR RECONSIDERATION
PURSUANT TO F.R.C.P. 59(e)**

    Plaintiffs respectfully move that this Court reconsider its decision of March 29, 2021 [D.E. 26] dismissing Plaintiffs' Complaint pursuant to Fed. Rule of Civ. Proc. 12(b)(6).  The Court erred in ruling,

    (1) that there could be no "Direct Liability" because Plaintiffs' Complaint did not show proximate cause, did not allege a "direct relation" between the Plaintiffs' injury and Defendant's injurious conduct, and did not allege facts to support Plaintiffs' contention that the Defendant "provided direct support" to HAMAS; and

(2) that there could be no "Aiding-and-Abetting Liability" under JASTA because the *Welch v. Halberstam* factors could not be met by Plaintiffs' allegations that the Defendant had knowingly provided substantial assistance to HAMAS.

In accordance with *L.Civ.R*. 7.1(m) Plaintiffs' counsel has outreached to Defendant's counsel and Defendant's counsel has advised that they do not consent to the relief sought by Plaintiffs in filing this motion.

WHEREFORE, for the reasons set forth herein and in the attached Memorandum of Law with Points and Authorities filed in support of this Motion, Plaintiffs request this Court reconsider its decision of March 29, 2021 [D.E. 26].

Dated:  April 26, 2021            Respectfully Submitted,

> HEIDEMAN NUDELMAN & KALIK P.C.
> 5335 Wisconsin Avenue, NW, Suite 440
> Washington, DC  20015
> Telephone:  202-463-1818
> Telefax:  202-463-2999
>
> By:   */s/Tracy Reichman Kalik*
>       Richard D. Heideman (D.C. Bar No. 377462)
>       Noel J. Nudelman (D.C. Bar No. 449969)
>       Tracy Reichman Kalik (D.C. Bar No. 462055)
>
> *Attorneys for Plaintiffs*
>
> Nathan Lewin
> Alyza D. Lewin
> LEWIN & LEWIN, LLP
> 888 17th Street, N.W., 4th Floor
> Washington, DC 20006
>
> *Of Counsel*