# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Keren Kayemeth LeIsrael-<br>Jewish National Fund, et al.,<br><br>           Plaintiffs,<br><br>  v.<br><br>Education for a Just Peace in the Middle East<br>d/b/a US Campaign for Palestinian Rights,<br><br>           Defendant. | Civil Action No. 1:19-cv-03425 |

## [TENDERED] ORDER

This matter having come before the Court on Plaintiffs' Motion for Reconsideration pursuant to Fed. R. Civ. P. 59(e),

And the Court having been sufficiently advised, it is hereby ORDERED that Plaintiffs' Motion is GRANTED and the Court's Order of March 29, 2021 [D.E. 27] dismissing Plaintiffs' claims is vacated.

IT IS SO ORDERED on this the _____ day of _____, 2021.

_____
Judge Richard J. Leon
United States District Court for the
District of Columbia