UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEREN KAYEMETH LEISRAEL-JEWISH NATIONAL FUND, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>EDUCATION FOR A JUST PEACE IN THE MIDDLE EAST,<br><br>Defendant. | No. 19-cv-3425 (RJL) |

[PROPOSED]
**ORDER**

Plaintiffs' Motion for Reconsideration pursuant to Fed. R. Civ. P. 59(e) is hereby DENIED.

_____, 2021

_____
RICHARD J. LEON
United States District Judge