# APPENDIX

# Appendix 1

## Jerusalem Post: Incendiary balloons cause numerous fires throughout southern Israel

## May 9, 2021

Jerusalem Post  >  Israel News

# Incendiary balloons cause numerous fires throughout southern Israel

Numerous fires broke out throughout the weekend in southern Israel, mostly along the Gaza border and in the Eshkol Regional Council, amid heightened tensions in the region.

By **JERUSALEM POST STAFF**   MAY 9, 2021 16:21





Balloon units prepare incendiary and explosive balloons to launch towards Israel, August 12, 2020
(photo credit: SONS OF AL-ZAWARI BALLOON UNIT/TELEGRAM)

Advertisement



Simple trick to clean earwax

Earwax can cause hearing loss and memory loss. Try this simple fix to remove earwax.

Q-Grips.com                               Open  ›



**Listen to this article now**
02:09    Powered by **Trinity Audio**

Incendiary balloons launched from Gaza caused numerous fires throughout southern Israel on Friday and Saturday amid rising tensions surrounding West Bank settlements.
Five fires were detected at the Kisufim forest and three others were detected at the Beeri and Besor forests on Friday.

Teams of volunteers and professionals from Israel's Fire and Rescue Services, the Jewish National Fund (JNF) and Israel Nature and Parks Authority were dispatched to the different scenes and managed to prevent the spread of the fire to nearby towns.



Saturday marked the third consecutive day of fires breaking out in several areas of southern Israel due to incendiary balloons. A total of 10 fires were detected on Saturday, as well, each one in a different location throughout the Eshkol Regional Council and the Sha'ar HaNegev Regional Council.

Most of the fires were small and relatively easy to put out, the Fire and Rescue Department said, and the only damage done was to a wheat field. Investigators found that the 10 fires were caused by incendiary balloons.

On Thursday, seven fires broke out in open fields within the Eshkol Region. They did not pose any danger to nearby towns and no injuries were reported. However, substantial damage was caused to one wheat field.



**nir dvori** ✔
@ndvori

שדה חיטה בוער בעוטף.

11:13 AM · May 6, 2021 from Israel

♡ 24    💬 6    ⬆ Share this Tweet

All incidents on Thursday were caused by incendiary balloons, according to

experts from the Fire and Rescue Services.

Tensions have been on the rise in the region due to the potential eviction of east Jerusalem residents living in Sheikh Jarrah, a move which is now on appeal before the High Court of Justice.

At issue is a property dispute between them and the Nahalat Shimon company over land rights, with past court rulings dismissing their claims.

The new 540-unit plan would extend the footprint of the neighborhood which sits on the southern edge of Jerusalem near the Palestinian city of Bethlehem.

Its opponents fear that it is one of a number of projects in that area that create a wedge between Palestinian neighborhoods of east Jerusalem and Bethlehem, thereby blocking the territorial contiguity of any future Palestinian state with east Jerusalem as its capital.

*Tovah Lazaroff and Tobias Siegal contributed to this report.*

Advertisement



Our hearts go out to Angelina Jolie.

Ad  HEATPEAK

READ MORE

Appendix 2

Jerusalem Post: Tel Aviv battered in unprecedented Gaza barrage

May 12, 2021

Jerusalem Post  >  Arab Israeli Conflict

# Tel Aviv battered in unprecedented Gaza barrage

Three Israelis killed as more than 800 rockets pound country • PM: Campaign will take time

By ANNA AHRONHEIM, TZVI JOFFRE, IDAN ZONSHINE     MAY 12, 2021 17:10        



IDF strike kills the head of Palestinian Islamic Jihad rocket squad in Gaza. (Video credit: IDF Spokesperson's Unit)

Advertisement




Listen to this article now
09:27          Powered by Trinity Audio

Three women were killed and over a dozen other civilians were wounded after terrorists in the Gaza Strip fired a barrage of rockets in the direction of Tel Aviv on Tuesday.

Sirens sounded throughout the center of the country as hundreds of rockets pelted the South. The barrage came hours after Hamas warned Israel it

would fire missiles into Tel Aviv if the IDF continued to strike buildings in the Gaza Strip.



People run for shelter as air raid sirens are sounded in Jerusalem, May 10, 2021 (Reuters)

One of the rockets hit a bus in Holon, just south of Tel Aviv, and two others fell in Rishon Lezion, killing a civilian.

Earlier in the day, two women were killed in Ashkelon as rockets struck the southern city. The IDF continued to target Hamas and Palestinian Islamic Jihad terrorist sites throughout the Gaza Strip.

One of the women killed in Ashkelon was identified as Soumya Santhosh, an Indian national who worked as a caregiver for an elderly woman in Ashkelon. The elderly woman sustained serious injuries.



Palestinian Islamic Jihad releases footage of a ATGM strike on a civilian vehicle

The rockets fired at Tel Aviv set off sirens in Herzliya, Ra'anana and the Sharon region. The barrage came after Israel bombed a 13-story building in Gaza.

More than 800 rockets were fired into Israel from Gaza since Monday, the IDF said, adding that 150 fell inside the Strip, and another 200 were intercepted by the Iron Dome.



IDF strikes terrorists who fired rockets from the Gaza Strip, May 11, 2021 (Credit: IDF Spokesperson"s Unit)

Following a visit to the Southern Command headquarters, Prime Minister Benjamin Netanyahu said the intensity and rate of IDF attacks would increase.

"We are in the midst of a campaign," he said. "Since yesterday, the IDF has been attacking hundreds of Hamas and [Palestinian] Islamic Jihad sites in Gaza. We have neutralized commanders; we have hit many of their quality targets. Hamas will be struck in ways that it did not expect."





IDF strikes terrorists who fired anti-tank missiles from the Gaza Strip, May 11, 2021 (Credit: IDF Spokesperson"s Unit)

Netanyahu and Defense Minister Benny Gantz said  in a late-night statement that Hamas will be hit hard.

"Hamas and Islamic Jihad have paid and will continue to pay," said Netanyahu. "We are all mourning those killed and praying for those who were injured. We all give our full support to the IDF and Israeli security forces. This campaign will take time."

Israel has "the right and the obligation to act and will continue to do so," said Gantz.

Israel struck 500 targets killing dozens of terrorists, said IDF Chief Of Staff Lt.-Gen. Aviv Kohavi. "We will continue extensive strikes against Gaza," Kohavi went on to say.

A senior diplomatic official on Tuesday said Israel would not negotiate a ceasefire before Hamas pays a price for its attacks.

"Hamas fired a bunch of rockets, and then, of course, they want a ceasefire," the official said. "That's perfect for them; they don't have to pay a price for firing on Jerusalem and then 500 rockets... There will be a ceasefire when we're ready for it."

The official would not confirm or deny a report on Channel 12 news that Israel had declined an Egyptian offer to negotiate a ceasefire or whether Egypt had made an offer.

The IDF said it had killed two top PIJ commanders in Gaza who were responsible for rocket fire.

More than 100 Israelis have been injured as about a dozen buildings in Ashdod and Ashkelon were hit by rockets, the Israel Police reported. One of the buildings was a school.

A gas pipeline was also set alight Tuesday by a rocket landing nearby, and Ben-Gurion Airport closed for a couple hours.

Israel has also begun targeting terrorist commanders, IDF spokesman Hidai Zilberman said, including the commander of Hamas's anti-tank guided-missile unit, Iyad Fathi Faik Sharir, who carried out a number of attacks against Israel in the past.

"The ATGM unit in Gaza City was prepared to carry out anti-tank guided-missile attacks at the time of the strike," the IDF said.

One of the Palestinian terrorists killed was identified as Samah Abed al-Mamlouk. The IDF and Shin Bet (Israel Security Agency) said he was attacked in a hideout together with other PIJ operatives. Mamlouk was in charge of PIJ's rocket arsenal, the IDF said.

In another strike, Hassan Abu al-Ata, deputy commander of PIJ's Gaza Brigade, was killed when the IDF struck an apartment in an eight-story building in Gaza City's Rimal neighborhood. He was the brother of Bahaa Abu al-Ata, who was killed in a targeted strike in 2019.

Before the strike, Defense Minister Benny Gantz approved the call-up of 5,000 reservists as the IDF prepared for a large-scale offensive in the Gaza Strip.

The 101st Battalion of the Paratroopers Brigade and the Egoz commando unit were deployed to the South, and the 202nd Battalion was deployed to the West Bank on Tuesday morning.

"For every day of shooting at the citizens of Israel we will send [Hamas and PIJ] back years and hit them hard," Gantz said at an operational assessment with Southern Command officers and heads of local municipalities in the South.

"We will not stop until calm returns," he said. "We will not stop until we achieve long-term calm and severe damage to the terrorist infrastructure."

Gantz later said he anticipated Hamas would make a "victory speech," but the reality is they will suffer a "very serious blow."

"We are less than a day since the start of the operation, carrying out a massive wave of attacks in a campaign that began in Jerusalem," he said. "We have embarked on a campaign that will hurt Hamas seriously."

IDF Chief of Staff Lt.-Gen. Aviv Kohavi ordered the reinforcement of the Gaza Division with infantry and armored brigades along with the continued redeployment of intelligence and air units.

He ordered the continued striking of Hamas and PIJ weapons and storage sites, as well as the expanding of the strikes to other targets, including operatives of the terrorist groups.

"The IDF will continue to act resolutely to restore security to the residents of the South, and all commanders must prepare for the expansion of the campaign, with no time limit," the IDF said in a statement.

In retaliation for the rocket fire that terrorist groups said came as part of an operation they called "Sword of Jerusalem," the IDF carried out waves of airstrikes overnight into Tuesday against terrorist targets in operation "Guardians of the Wall."

Hamas took responsibility for the barrages, saying the "Qassam Brigades directed the largest missile strike so far on the occupied cities of Ashdod and Ashkelon in response to the enemy's continued targeting of houses and resistance men, and the next is greater, God willing."

The military is "prepared for a variety of scenarios," including an escalation, Zilberman said, adding that the operation would last "several days" and will deal a hard blow to Hamas.

The IDF deployed additional Iron Dome batteries to the southern Gush Dan region and added an extra Iron Dome battery that had been in reserve.

Under orders from Home Front Command, local councils within a 40-km. radius of the Gaza Strip shut schools on Tuesday and Wednesday and banned large public gatherings. Under the restrictions, only 10 people can gather outside and 100 inside, as long as there is a bomb shelter nearby that can accommodate all participants. In the Shfela region, up to 30 people can gather outside and 300 inside.

Zilberman stressed that while more than 200 rockets had been fired toward Israel in the morning, a third of them fell inside Gaza, and the Iron Dome missile defense system had a 90% success rate in intercepting rockets fired from the Strip.

Nevertheless, several homes sustained direct hits from the rocket fire.

One rocket struck a house in Nir Am, in the Sha'ar Hanegev region, shortly after midnight on Monday night. No injuries were reported.

On Tuesday at around 6 a.m., a wave of rockets hit two residences in Ashkelon. One rocket hit a family home. The father suffered moderate-to-serious injuries to his head, the mother was in moderate condition, and the children suffered light injuries.

Later in the day, some residential buildings in Ashdod and Ashkelon were hit by rockets.

Overnight on Monday, Hamas told Egyptian officials the terrorist groups in Gaza would refuse to engage in any negotiations unless Israel withdraws security forces from the Temple Mount and Sheikh Jarrah neighborhood and releases all those detained in recent clashes in Jerusalem and the West Bank, according to London-based Arab media outlet Al-Araby Al-Jadeed.

Hamas told Egyptian officials they were "completely dropping" previous agreements reached with Israel and starting at square zero, the report said.

The IDF did not express an interest in a ceasefire at the moment. In response to questions about a possible ceasefire, Zilberman said: "Talk to the Palestinians. I know nothing about that."

An IDF drill, known as "Chariots of Fire," which was meant to be the military's largest exercise and would have involved all units of the IDF, was postponed.

"Chief of Staff Aviv Kohavi ordered the IDF to focus its efforts on preparation and readiness for the possible scenarios of escalating [violence]," the military said in a statement.

Foreign Minister Gabi Ashkenazi spoke to US Secretary of State Antony Blinken, and "emphasized that Israel has the right to defend its sovereignty and will not allow attempts to hurt its citizens." He said Israel will continue to use a heavy hand against Hamas terrorists.

"Hamas chose the path of terrorism and shot over 600 rockets at civilian populations in Jerusalem, the capital of Israel, and the center of Israel and its south, hurting dozens of innocent people and killing three," he added.

Ashkenazi thanked Blinken for US support for Israel's right to defend itself. He also called on the international community to condemn Hamas terrorism and the rocket fire from Gaza, rather than give a prize to terrorism.

*Lahav Harkov contributed to this report.*

Advertisement



Efficient Profitability

Cargill

Learn more

Appendix 3


Times of Israel: Chevron shuts Tamar offshore
gas platform as Hamas says it targeted facility
May 12, 2021

Case 1:19-cv-03425-RJL    Document 30-1    Filed 05/14/21    Page 16 of 51

# Chevron shuts Tamar offshore gas platform as Hamas says it targeted facility

Energy Ministry says it asked the US-based company to shut down the site near Ashkelon a day ago, denies move connected to terror group's announcement

By **TOI STAFF**

12 May 2021, 6:29 pm



An aerial view of the Israeli 'Tamar' gas processing rig, 23 kilometers off the southern coastal city of Ashkelon. (Moshe Shai/Flash90)

US energy giant Chevron announced Wednesday it was shutting down operations at the Tamar offshore platform at Israel's request, as Hamas said it targeted the natural gas field amid intensive fighting between Israel and the Gaza-ruling terror group.

"In accordance with instructions received from the Ministry of Energy, we have shut in and depressurized the Tamar platform," a Chevron spokeswoman told S&P Global. "Chevron's top priority is the safety of our personnel, our facilities, and the environment of the communities in which we operate."

The spokeswoman added: "Chevron is closely monitoring the situation and focusing on the safe and reliable supply of gas for the benefit of the Israeli domestic market and to our regional customers."

The Energy Ministry denied any connection between the shutdown and the Hamas statement. Energy Minister Yuval Steinitz's office said he gave the order to halt operations at Tamar on Tuesday as an "extra precaution."

"The minister did so by virtue of his authority, after consulting with security officials and experts in the energy sector," a statement from Steinitz's office said.

His office also said "various steps have been taken to ensure the continuation of the gas supply to power plants for industrial factories throughout the country and there's not expected to be any disruption of the power supply in

Israel."

"All the energy sector's needs are being supplied in full," it
added.

The statements came as the Izz ad-Din al-Qassam
Brigades, the armed wing of Hamas, said Wednesday it
targeted a "Zionist gas platform" off Gaza.

The Chevron spokeswoman said operations were
continuing at the larger Leviathan gas field off Israel's
northern shore. Tamar is 23 kilometers off (14 miles) the



Energy Minister Yuval Steinitz speaks at a conference in Tel Aviv on February 27,
2019. (Flash90)

coast of Ashkelon, a southern city that has been pummeled by the ongoing rocket fire that killed two women on
Tuesday.

"We are continuing to supply customers from Leviathan and are working with customers and the relevant regulatory
bodies to ensure that gas supplies continue in a safe and reliable manner," she said.

Israel has previously shuttered Tamar during fighting between the military and Palestinian terrorists in Gaza. When
Steinitz ordered operations to stop there in May 2019, Tamar was the country's only operating natural gas source as
Leviathan had not yet begun pumping gas, causing power stations to use other fuels to meet electricity demands.

The California-based Chevron owns a 39.66 percent share in Tamar through its acquisition of Noble Energy.

The Hamas announcement that it targeted Tamar came after a large tank in Ashkelon belonging to the Eilat-
Ashkelon oil pipeline was hit by a rocket; it has been on fire since, with firefighters working to douse the blaze. Israeli
authorities have said there is no risk of dangerous chemicals being released into the air, but health officials have
instructed residents of the area to remain inside and close their windows.

A fire rages at a refinery in Ashkelon early on May 12, 2021, after it was hit by rockets fired by the Hamas terror group the previous day. (Jack Guez/AFP)

Over 1,000 rockets and mortar shells have been fired from the Gaza Strip toward Israel since the outbreak of fighting
on Monday evening, according to the IDF on Wednesday morning. Roughly 200 failed to clear the border and landed
inside the enclave, the military said. IDF Spokesperson Hidai Zilberman said the Iron Dome air defense system had an
interception rate of between 85 and 90 percent for rockets heading toward populated areas.

At least six people in Israel were killed — three on Wednesday and three on Tuesday — and dozens more injured in
the rocket attacks from Gaza, some seriously, including a 5-year-old girl in critical condition.

In response to the rocket fire, the IDF launched strikes on upwards of 500 targets in the Gaza Strip, aimed at Hamas
personnel, weaponry and infrastructure throughout the enclave.

According to the Strip's Hamas-run Health Ministry, 53 Palestinians have died since Monday night, including 14 minors, and 320 have been wounded. The IDF said more than half of those killed were members of terror groups involved in the fighting and that some, including several of the children, were killed by errant rockets fired from Gaza that fell short of the border and landed inside the Strip, not by Israeli strikes.

*Judah Ari Gross contributed to this report.*

Israel's Iron Dome aerial defense system is activated to intercept a rocket fired from the Gaza Strip, May 12, 2021. (Emmanuel Dunand/AFP)

Appendix 4

Times of Israel: Overnight Hamas barrages kill
father and daughter in Lod, woman in Rishon
Lezion

May 12, 2021

🎥 / 'HAMAS MISSILES DON'T DIFFERENTIATE BETWEEN JEWS AND ARABS'

# Overnight Hamas barrages kill father and daughter in Lod, woman in Rishon Lezion

Over 1,000 rockets fired at Israel from Gaza since Monday, IDF says; military conducts 500 strikes, killing top intel officers, bringing down buildings used by terror group

By **JUDAH ARI GROSS** and **TOI STAFF**
12 May 2021, 6:06 am



The scene of a rocket strike in the city of Lod that killed two people on May 12, 2021 (Magen David Adom)

Hamas launched a massive barrage of rocket fire on southern and central Israel in the early hours of Wednesday morning, killing a man and his daughter outside Lod and sending hundreds of thousands of people, from Tel Aviv to Beersheba, fleeing to bomb shelters.

Their deaths, and that of a woman in a rocket attack on Rishon Lezion earlier overnight, brought the Israeli death toll to five since the start of the hostilities on Monday evening.

According to the IDF, over 1,050 rockets and mortar shells have been fired from the Gaza Strip toward Israel since the outbreak of fighting on Monday evening, with 200 failing to clear the border and landing inside the enclave. Those barrages included over 400 rockets fired deep into Israel in two huge waves on Tuesday evening and from about 3 a.m. on Wednesday. IDF Spokesperson Hidai Zilberman said the Iron Dome air defense system had an interception rate of between 85 and 90 percent of rockets heading toward populated areas.

In response, the IDF launched strikes on upwards of 500 targets in the Gaza Strip, aimed at Hamas personnel, weaponry and infrastructure, Zilberman said.

Asked how much longer the IDF believed Hamas had the ability to fire rockets at central Israel, the spokesman said that the terror group was likely depleting its arsenals, but could still carry out large barrages in the coming days.

"Hamas's stamina is running out, but this is an organization with stamina. It won't run out in 24 hours," Zilberman told reporters.

Outside Lod, a city of both Arab and Jewish residents that has been the scene of some of the worst rioting in recent days, a rocket hit a home and a car, killing two people, police said. It brought the death toll in Israel to five since the start of hostilities on Monday.

Police said the victims were a father, Halil Awad, 52, and his 16-year-old daughter, Nadine. The mother, who was also in the car, was seriously injured, medics said.

"I know it sounds like a cliché and they always say that the best people are the ones who lose their lives, but Nadine really was a very, very special girl," her principal Shirin Natur Hafi told the Reshet Bet radio station.

"She was in 10th grade, studying in the biology-chemistry track. She had dreams of changing the world. She was such a special girl, such a talented girl. She wanted to conquer the world," Hafi said of her student.



**Emanuel (Mannie) Fabian**
@manniefabian

Intial reports say 2 seriously wounded in a rocket impact in Lod.

8:40 PM · May 11, 2021

♡ 164    💬 15    ⬆ Share this Tweet

Lod Mayor Yair Revivo said the dead were members of the Arab community. "Hamas missiles do not differentiate

between Jews and Arabs," Revivo said.

He also appealed to Arab residents to end the violence inside the city and called for calm. "The day after, we will still have to live here together."



In Tel Aviv, an 80-year-old man suffered an apparent heart attack while running to a public shelter and was in serious condition, medics said.

Another missile hit a house in the town of Yehud, just north of Ben Gurion Airport. Rescue workers said the family who lived in the house were saved by their bomb shelter. Pictures from the scene showed the house completely destroyed.



A house in Yehud that was hit by a rocket fired from Gaza on May 12, 2021 (United Hatzalah)

According to the IDF spokesperson, Israelis who heeded the Home Front Command's instructions and entered bomb shelters have been largely unharmed in the rocket attacks and most of the casualties in Israel were people who didn't or couldn't reach a protected space.

Hamas said it fired over 200 hundred rockets during the early Wednesday morning assault, claiming it was in response to the IDF destroying a nine-story building in Gaza City. The army said the building housed Hamas offices,

including the group's intelligence center, West Bank command and a propaganda department. The IDF warned inhabitants of the building to flee several hours before the attack.



The IDF also said it killed two senior Hamas intelligence officers in a targeted strike.

"In a combined operation between the IDF and the Shin Bet security service about two hours ago, we eliminated key operatives from Hamas's military intelligence system," the IDF said in an early morning statement.

It identified the men as Hassan Kaogi, the chief of the security department in Hamas military intelligence, and his deputy, Wail Issa, head of the military intelligence counterespionage department. It said that Issa was the brother of Marwan Issa, the deputy commander of the Hamas military wing.

The IDF spokesman said the military was also targeting the group's rocket production and storage facilities, underground infrastructure and homes and offices of Hamas leadership.

The rockets targeted a wide swath of Israel from Beersheba to the Sharon area north of Tel Aviv, the farthest north rockets have been fired yet.

Loud explosions were heard throughout the area as Iron Dome interceptors brought down most of the incoming missiles. The rockets were the second major assault on the Tel Aviv area in a few hours.



**David A. Daoud** ✔
@DavidADaoud

Video of Hamas rocket barrage on Tel Aviv

8:31 PM · May 11, 2021                                           ⓘ

♡ 15          💬 1        ⬆ Share this Tweet

On Tuesday evening, terror groups in Gaza pummeled central Israel in what appeared to be the largest-ever barrage aimed at the broader Tel Aviv area.

Hamas claims to have launched over 130 rockets in that volley. There was no immediate statement from the IDF on the number of rockets fired.

**Israel Defense Forces** ✔
@IDF

RAW FOOTAGE: This is the moment the Iron Dome intercepted a barrage of rockets over Tel Aviv and central Israel.



2:28 PM · May 11, 2021 ⓘ

♡ 33.9K   💬 2.9K   ⬆ Share this Tweet

A woman was killed by a rocket strike in the central city of Rishon Lezion. She was not immediately identified.

Rockets also hit the Tel Aviv suburbs of Holon and Givatayim, injuring at least eight people, some of them seriously, police said.

One rocket fell next to a bus in Holon, injuring four people, two of them seriously and two of them moderately. Medics said a five-year-old girl was among the wounded in Holon.



Firefighters near damaged vehicles in the city of Holon near Tel Aviv, on May 11, 2021, after rockets are launched at Israel from the Gaza Strip (Ahmad GHARABLI / AFP)

In nearby Givatayim, fragments of a rocket that was intercepted by the Iron Dome missile defense system hit a house, lightly injuring four people inside, police said. A building in north Tel Aviv was also apparently hit.

Ben Gurion Airport temporarily stopped all air traffic and diverted flights to Cyprus. Flights were resumed less than two hours later.

The IDF Home Front Command instructed all residents of central and southern Israel to enter bomb shelters during the attacks. The Home Front Command also ordered schools shuttered south of Herzliya Wednesday amid the rocket bombardments from Gaza.



Earlier Tuesday, a large tank in Ashkelon belonging to the Eilat-Ashkelon oil pipeline was hit by a rocket and was set alight. Firefighters have been working to douse the blaze, so far unsuccessfully.

There are fears that hazardous materials could be spread by the fire, Channel 12 reported. But the local fire chief said the fire does not pose a danger to local residents.



A tank on fire on the Ashkelon-Eilat oil pipeline after a rocket strike from Gaza, May 11, 2021 (Channel 12 screenshot)



Smoke billows from an Israeli airstrike on the Hanadi compound in Gaza City, controlled by the Palestinian Hamas terror group on May 11, 2021. (MOHAMMED ABED / AFP)

Israeli jets earlier on Tuesday evening destroyed a 13-story residential building in Gaza City, in a retaliatory airstrike. Prior to the strike, people in the building received several warnings, including phone calls and messages, telling them to leave, and a preliminary "roof-knocking" strike — using a small missile to strike the roof with minimal damage in order to cause all inside to leave before a major raid.

In videos from the scene, the building — which housed offices of several Hamas commanders — can be seen enveloped in dense smoke before collapsing.

Hamas earlier on Tuesday had threatened to launch long-range rockets at Tel Aviv should Israel continue airstrikes in residential areas.

It was not immediately clear why Israel targeted the building. Channel 12 reported it apparently served as the home for many terror operatives, including some released by Israel during the 2011 Gilad Shalit prisoner exchange.



After the rocket strikes on central Israel, Israeli forces destroyed the al-Jawharah high-rise in Gaza City, flouting additional threats from terror groups. Hamas and Islamic Jihad had previously said that such demolitions would lead to further rocket fire on Tel Aviv.

Earlier on Tuesday, two women were killed and dozens injured, including two seriously, when Palestinian terror groups in the Gaza Strip fired massive barrages of rockets at southern Israel.

The deaths in Ashkelon marked the first fatalities in Israel in the round of fighting with Gaza terrorist groups that began Monday evening.



A heavily damaged house from rocket fire in the southern Israeli city of Ashkelon on May 11, 2021 (JACK GUEZ / AFP)

The deadly rocket attack directly struck a home where an elderly woman was sitting with her caregiver, 32-year-old Soumya Santosh. Santosh was killed while her elderly charge, 80, was hospitalized in serious condition, according to Hebrew media reports.

Channel 12 reported that the rocket shelter was at least a minute's run away from the woman's home and the pair did not manage to reach it in time. The home did not have a fortified room of its own.

According to the Haaretz daily, Santosh is survived by her husband and nine-year-old daughter.



The second victim of the Ashkelon rocket attack was not immediately identified.

A technical issue with an Iron Dome battery during the massive rocket barrage toward the coastal city on Tuesday afternoon prevented some rockets from being intercepted and may have been responsible for the casualties. The malfunction was repaired and the battery returned to being fully operational shortly after, Hebrew-language media reports said.

The Barzilai Medical Center in Ashkelon on Tuesday said that it treated 95 casualties, including two in serious and two in moderate condition.

The Hamas-run health ministry said 32 Gazans were killed, including 10 minors, and 220 wounded in the ongoing escalation with Israel. Fifteen Gazans sustained serious injuries, according to ministry spokesperson Ashraf al-Qidra. Israel said more than half were Hamas fighters.

Zilberman, the IDF spokesperson, said a number of those killed in Gaza, including at least three children, were hit by errant rockets fired by Palestinian terrorists, not by Israeli airstrikes.

He said Israel was taking steps to avoid Palestinian civilian casualties, but that they were liable to occur anyway as Hamas deliberately operates within a densely populated area, using the residents of the Strip as human shields.

Hamas, which is officially dedicated to the destruction of the State of Israel, took effective control of the Gaza Strip in 2007 from the Palestinian Authority in a violent coup. Since then, Israel has imposed a naval blockade on the enclave, as well as stiff control over what can enter the Strip, maintaining that it is necessary in order to prevent terror groups from smuggling weapons into the area.



Palestinian terror groups have tied the attacks to the unrest in Jerusalem connected to both prayer on the Temple Mount during the Muslim holy month of Ramadan and the pending eviction of a number of Palestinian families from their homes in East Jerusalem's Sheikh Jarrah neighborhood.

Israel has fought three large operations against Hamas and other terror groups in the Gaza Strip since 2008, most recently in 2014 with a 51-day war known as Operation Protective Edge.

Fire billows from Israeli airstrikes in the Gaza Strip, controlled by the Palestinian Islamist movement Hamas, on May 10, 2021. (MAHMUD HAMS / AFP)

*Judah Ari Gross and Aaron Boxerman contributed to this report.*

Appendix 5

Wall Street Journal: Israel Strikes Hamas
Targets After Rockets Fired at Jerusalem

May 10, 2021

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

https://www.wsj.com/articles/israeli-military-says-rockets-fired-from-gaza-toward-jerusalem-11620646448

MIDDLE EAST

# Israel Strikes Hamas Targets After Rockets Fired at Jerusalem

Israeli military says it carried out airstrikes in response to rockets from Gaza militants; Palestinian Health Ministry says 21 people died in airstrikes, including 10 children

*By* *Felicia Schwartz* *and* *Dov Lieber*
Updated May 10, 2021 4:56 pm ET

 **Listen to this article**
8 minutes

JERUSALEM—Israel carried out airstrikes in Palestinian territory after militants in Gaza fired a barrage of rockets at Jerusalem for the first time since 2014, raising fears of a wider conflict following days of clashes between Palestinians and Israeli police in the contested holy city of Jerusalem.

Israel's military said Monday that it had begun striking targets in Hamas-ruled Gaza in response to more than 150 rockets from Gaza. The targets included eight Hamas operatives and a Hamas terror tunnel. Israel also bolstered its troops on the border with Gaza.

The Palestinian Health Ministry in Gaza said 21 people were killed in the Israeli airstrikes, including 10 children. Israel's military said it killed eight Hamas operatives and said that it was looking into the reports about children's deaths.

Israeli officials said they were preparing for several days of fighting and possibly widening Israel's military efforts to demonstrate that it doesn't tolerate attacks on its soil or citizens.

"The current conflict could continue for some time. We do not seek escalation but whoever chooses to escalate will feel the weight of our arm," Prime Minister Benjamin Netanyahu said.

State Department spokesman Ned Price said the U.S. condemned Hamas rockets fired into Israel, calling them "an unacceptable escalation." He said the U.S. recognized Israel's right to defend itself but urged "all sides to ensure calm and de-escalate tensions and avoid violent confrontations."

Israel's military said seven rockets were fired from Gaza toward Jerusalem and the nearby city of Beit Shemesh, including one that was intercepted. One of the rockets aimed at Jerusalem hit a house, causing light injuries to people there, according to Israeli officials

Beyond Jerusalem, more than 100 rockets were fired toward other Israeli areas, including communities in the south near the Gaza border. Militants in Gaza also fired an antitank missile toward Sderot, injuring a civilian standing near a targeted vehicle, Israel's military said.

According to Israel's emergency services Magen David Adom, one of the rockets fired from Gaza hit an ambulance in southern Israel and injured the driver, who was taken to the hospital.



Young Israelis marched and chanted in Jerusalem on Monday to mark a holiday commemorating Israel's capture of East Jerusalem in 1967.

PHOTO: GIL COHEN-MAGEN/AGENCE FRANCE-PRESSE/GETTY IMAGES



An Israeli police forensics expert carries the remains of a rocket on the outskirts of Jerusalem on Monday.

**PHOTO:** AMMAR AWAD/REUTERS

Hamas claimed responsibility for the rocket fire, saying it was "in retaliation to [Israel's] crimes and aggression on the holy city and brutality against our people in Sheikh Jarrah and Al Aqsa Mosque."

A spokesman for the group, Abu Obeida, said it would step up its attacks if Israel ramps up theirs.

The rockets were launched as thousands of young Jewish nationalists were marching through Jerusalem. Earlier Monday, more than 300 people were injured when Israeli police fired flash grenades, tear gas and sponge-tipped bullets at Palestinian worshipers at the Al Aqsa Mosque compound, according to Palestinian medics and social-media videos.

Israeli police said they used riot-control methods after hundreds of Palestinians began throwing stones and shooting fireworks at them near an entrance to the site. According to Hebrew media, 20 Israeli police officers were also injured.

The compound, known to Muslims as the Noble Sanctuary and Jews as the Temple Mount, has become a focal point of Palestinian anger over what they see as years of efforts to push them out of Jerusalem and limit their access to land they claim, as well as infringing on their basic rights. The situation has been aggravated by right-wing Jewish Israeli efforts to assert control in East Jerusalem, which Israel claims as part of its undivided capital.

Palestinians and Israeli police have clashed in recent days amid tensions over a looming court decision on whether to evict Palestinians from their homes in the East Jerusalem neighborhood of Sheikh Jarrah. Israel's Supreme Court delayed a hearing on the evictions scheduled for Monday, in part because of the heightened political tensions associated with the decision.



A Palestinian man helped a wounded protester amid clashes with Israeli security forces at Jerusalem's Al-Aqsa mosque compound on Monday.

**PHOTO:** AHMAD GHARABLI/AGENCE FRANCE-PRESSE/GETTY IMAGES



Israeli security forces detained a Palestinian protester amid clashes in Jerusalem's Old City on Monday.

**PHOTO:** EMMANUEL DUNAND/AGENCE FRANCE-PRESSE/GETTY IMAGES

Israel considers all of Jerusalem its sovereign territory and governs all of its inhabitants, but Palestinians want the eastern portion of the city to be the capital of a future Palestinian state.

The marchers on Monday, carrying Israeli flags, were headed toward the Western Wall for celebrations and speeches marking Jerusalem Day, an Israeli holiday commemorating Israel's capture of East Jerusalem in 1967.

They took a new route avoiding Damascus Gate and the Muslim Quarter of the Old City after Mr. Netanyahu ordered police to redirect them. The Israeli police said the decision was aimed at de-escalating tensions following the clashes earlier Monday.

Blaring sirens and loud booms disrupted the festive mood. Marchers continued on their route toward the Western Wall several minutes after the sirens stopped.

MORE ON ISRAEL

Jerusalem Clashes Between Palestinians and Police Leave Dozens Injured

Israeli Court Delays Ruling on Possible East Jerusalem Evictions

Gaza Militants Fire Rockets at Israel Amid Jerusalem Clashes

Earlier Monday, Israeli police restricted Jewish visitors to the holy site complex, which has long been a source of conflict between Palestinians and Israelis.

Ahead of the march, dozens of Palestinian men gathered outside the Damascus Gate entrance to the Old City and chanted "with god and spirit we'll redeem Al Aqsa."

Hindi al-Natsheh, 23, a construction worker who works in Jewish areas of Jerusalem, said Israeli police have stoked tensions.

"The Israeli police and the settlers don't need to come to a holy place like Al Aqsa. Why should they come here? It only creates problems," he said, adding that Israeli police appeared to act indiscriminately.

Ofir Gendleman, a spokesman for Mr. Netanyahu, said Monday's clashes at Al Aqsa mosque were planned ahead of time.

"Extremist Palestinians planned well in advance to carry out riots today on the #TempleMount. What we see now is the result of that," he said on Twitter. "We guarantee the freedom to pray, not the freedom to riot and attack innocent people. The police [are] working to restore calm."

Mevaser Cohen, 16, said he traveled from the Jordan Valley to take part in the Jerusalem Day march.

"I came to be present, so that we'll be more than the Arabs. If we won't be here, we won't have independence or a nation," said Mr. Cohen, dressed in blue and white and heading to the march with friends.

Asked if he was afraid of violence, Mr. Cohen said, "The Arabs need to be afraid, not us. It is our land," he said.



Palestinian protesters run for cover from tear gas fired by Israeli security forces at Jerusalem's Al-Aqsa mosque compound.
**PHOTO:** AHMAD GHARABLI/AGENCE FRANCE-PRESSE/GETTY IMAGES

U.S. national security adviser Jake Sullivan called Israel's national security adviser Meir Ben-Shabbat on Sunday to express Washington's "serious concern" about the clashes at the Al Aqsa mosque during the last days of the Islamic holy month of Ramadan.

According to a U.S. readout of the call, senior American officials have pressed Israeli and Palestinian officials in recent days to take steps to ensure calm, de-escalate tensions and denounce violence.

Mr. Sullivan urged Israel "to pursue appropriate measures to ensure calm during Jerusalem Day commemorations."

On Monday evening, the U.S. Embassy in Jerusalem issued a security alert ordering embassy staff to avoid the Old City until May 16 and imposed a nighttime curfew for staff in East Jerusalem and the city center.

Case 1:19-cv-03425-RJL Document 30-4 Filed 05/14/21 Page 38 of 51

In Israel, some officials and analysts see the recent violence as an inflection point in what they describe as a passive approach to dealing with the Palestinians.

Amos Yadlin, a former head of Israeli military intelligence, said the escalating tensions between Israelis and Palestinians in Jerusalem stem from Israel's failure to decide what its goals are with regards to the Palestinians.

"This failure to decide is effectively a decision in its own right, one that is leading us to a reality in which there is one state that is neither democratic nor Jewish," Mr. Yadlin said in an opinion piece that appeared on Channel 12's website on Monday.

*—Anas Baba in Gaza City and William Mauldin in Washington, D.C., contributed to this article.*

*Appeared in the May 11, 2021, print edition as 'Israeli Airstrikes Hit Hamas in Gaza.'*

Copyright © 2021 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

Appendix 6

Washington Free Beacon: Biden Breaks Silence
as Hamas Terror Missiles Blast Israel

May 12, 2021

NATIONAL SECURITY

## Biden Breaks Silence as Hamas Terror Missiles Blast Israel

Getty Images

Adam Kredo • May 12, 2021 5:27 pm

President Joe Biden broke his silence late Wednesday about the terrorism plaguing Israel as the growing conflict threatens to spark a full-scale war.

In his first public comments on the two-day-long crisis, Biden said he recently spoke with Israeli prime minister Benjamin Netanyahu and expressed his support for Israel's efforts to defend itself from a barrage of more than 1,000 rockets launched by Palestinian terrorists. "Israel has a right to defend itself when you have thousands of rockets flying into your territory," he said, adding that his "expectation and hope is that this will be closing down sooner than later."

The latest conflict between Israel and Palestinian terror groups follows just weeks after the Biden administration renewed aid to the Palestinian government against the wishes of many in Congress who warned the taxpayer cash would be used to fund terrorism. The White House is also working to grant significant sanctions relief to Iran, the chief funder of these terror groups, even though Israelis oppose it.

As the conflict began to rage earlier this week, Biden balked at issuing a statement or public comment, as is normal in such situations, generating concerns his silence would prolong the conflict. His administration, meanwhile, continues to lay equal blame on both sides and repeat calls for calm. In a Wednesday call with Netanyahu, Secretary of State Antony Blinken reiterated that all parties must deescalate tensions and bring a halt to the violence.

Biden "should be condemning these terrorist attacks by Hamas, saying that Israel has the right to defend itself, and avoiding the kind of calls for 'calm on all sides' that can suggest moral equivalency between Hamas's attacks and Israel's responses," Elliott Abrams, a veteran U.S. official who most recently served as the Trump

administration's Iran envoy, told the *Washington Free Beacon* prior to Biden's Wednesday press conference.

Other former senior Trump administration officials and Republicans in Congress told the *Free Beacon* that Biden's costly policy missteps in the region are fueling the violence and effacing a historic peace effort that brought Israel closer to its Arab foes than ever before. For four years under the Trump administration, the Palestinians abstained from terror attacks, even as the United States applied some of the toughest policies in history toward them.

Former secretary of state Mike Pompeo told the *Free Beacon* that his administration's policies, which were much criticized by Democrats and the international community, isolated Hamas and other Iranian-backed terror groups in the region. By cutting off all aid to the Palestinians and publicly siding with Israel in its conflict, the former administration undermined the same terror groups that are currently attacking Israel, Pompeo said.

"Hamas knew that we would always support Israel's right to defend itself and that no amount of globalist silly leftist pressure would cause us to join in the Palestinian Authority's support of terror. And we certainly weren't going to have U.S. taxpayers underwrite PA leaders who refused to oppose the use of violence," Pompeo said. "Now, attacks may be rewarded by the United States blaming Israel. In short, deterrence and supporting your allies work to keep peace."

Israel reportedly killed 16 Hamas officials in a Wednesday airstrike on the Gaza Strip. At least six Israelis have been killed as hundreds of rockets strike the country.

Sen. Ted Cruz (R., Texas) told the *Free Beacon* that Biden's team inherited a Middle East that was more stable than it had been in decades.

"The world had moved on from Palestinian rejectionism, the Iranian regime was on the brink of financial collapse, and the Houthis [in Yemen] were designated terrorists," Cruz said. Yet, the Biden administration "rushed to reverse and undo those gains, and unfortunately they have broadly succeeded. The wave of violent Iran-backed terrorism that our Israeli allies are facing is a direct result of these anti-Israel, pro-Iran

policies. It is disgraceful that this administration continues to equivocate morally and diplomatically between our Israeli allies and terrorists, and singles Israel out for blame."

The latest spate of violence comes against the backdrop of the Biden administration's efforts to rejoin the 2015 nuclear deal with Iran. The sides are inching closer to a deal that could provide the region's top terrorism funder with billions of dollars. While proponents of the new deal claim this money will not be spent on terrorism, Iran's actions over the past several years show otherwise. Much of that money granted under the original accord was spent arming Hamas, Hezbollah, and Palestinian Islamic Jihad (PIJ), among others.

Just days before the violence broke out, a PIJ official disclosed that his organization is primarily funded and armed by Iran.

"The mujahideen [terrorists] in Gaza and in Lebanon use Iranian weapons to strike the Zionists. We buy our weapons with Iranian money. An important part of our activity is under the supervision of Iranian experts," PIJ leader Ramez Al-Halabi was quoted as saying on May 7 during an interview on Iraqi TV.

Victoria Coates, a former senior official on the Trump administration's White House National Security Council, told the *Free Beacon* that Biden's rush to restart Palestinian aid and march back into the nuclear deal is empowering Israel's enemies

"In just 100 days, the Biden administration has empowered Tehran and by extension emboldened their proxy Hamas while putting Israel back in a position of moral equivalence with the Palestinian Authority—and this is the predictable, if lamentable, result."

Coates said the former administration's unambiguous support for Israel "sent a crystal-clear message to the region of where we stood," a message that Iran and its regional terror groups understood.

Appendix 7

Washington Times: Hamas fires rockets deep
into Israel, escalating tensions

May 10, 2021

# Hamas fires rockets deep into Israel, escalating tensions



*Israelis run to shelters as air attack sirens goes off during a Jerusalem Day march, in Jerusalem, Monday, May 10, 2021.*
*Explosions have been heard in Jerusalem after air raid sirens sounded. The sirens came Monday, shortly after the Hamas ...*
*more >*

By Ilan Ben Zion and Joseph Krauss - *Associated Press - Monday, May 10, 2021*

JERUSALEM (AP) — Hamas militants in the Gaza Strip fired rockets toward Jerusalem on Monday, setting off air raid sirens throughout the city, after hundreds of Palestinians were hurt in clashes with Israeli police at a flashpoint religious site in the contested holy city.

The early-evening attack drastically escalated what already are heightened tensions throughout the region following weeks of clashes between Israeli police and Palestinian protesters in Jerusalem.

Shortly after the sirens sounded, explosions could be heard in Jerusalem. There were no immediate reports of injuries or damage. The Israeli Army said there was an initial burst of seven rockets, one was intercepted, and rocket fire was continuing.

**SEE ALSO: More than 300 Palestinians hurt in Jerusalem holy site clash**

Abu Obeida, spokesman for Hamas' military wing, said the rocket attack was a response to what he called Israeli "crimes and aggression" in Jerusalem. "This is a message the enemy has to understand well," he said.

He threatened more attacks if Israel again invades the sacred Al-Aqsa compound or carries out evictions of Palestinian families in a neighborhood of east Jerusalem.



**Top Articles**

READ MORE

**White House says fee hike would 'violate' Biden's principles on infrastructure plan**

Earlier, Israeli police firing tear gas, stun grenades and rubber bullets clashed with stone-throwing Palestinians at the iconic compound.

More than a dozen tear gas canisters and stun grenades landed in the Al-Aqsa Mosque, one of Islam's holiest sites, as police and protesters faced off inside the walled compound that surrounds it, said an Associated Press photographer at the scene. Smoke rose in front of the mosque and the iconic golden-domed shrine on the site, and rocks littered the nearby plaza. Inside one area of the compound, shoes and debris lay scattered over ornate carpets.

In an apparent attempt to avoid further confrontation, Israeli authorities changed the planned route of a march by ultranationalist Jews through the Muslim Quarter of the Old City. The marchers were ordered to avoid

the area and sent on a different route circumventing the Muslim Quarter on their way to the Western Wall, the holiest site where Jews can pray.

But tensions remained high.

More than 305 Palestinians were hurt, including 228 who went to hospitals and clinics for treatment, according to the Palestinian Red Crescent. Seven of the injured were in serious condition. Police said 21 officers were hurt, including three who were hospitalized. Israeli paramedics said seven Israeli civilians were also hurt.

The confrontation was the latest after weeks of mounting tensions between Palestinians and Israeli troops in the Old City of Jerusalem, the emotional center of their conflict. There have been almost nightly clashes during the Muslim holy month of Ramadan, already a time of heightened religious sensitivities.

Most recently, the tensions have been fueled by the planned eviction of dozens of Palestinians from the Sheikh Jarrah neighborhood of east Jerusalem where Israeli settlers have waged a lengthy legal battle to take over properties. Monday was expected to be particularly tense since Israelis mark it as Jerusalem Day to celebrate their capture of east Jerusalem in the 1967 Mideast war.

On Monday, two anti-Arab members of Israel's parliament, surrounded by an entourage and police, pushed through a line of protesters in the Sheikh Jarrah neighborhood. Several Arab members of parliament were among those trying to stop Betzalel Smotrich and Itamar Ben Gvir, amid

shouting and jostling. Smotrich and Ben Gvir eventually got to the other
side of a police barricade and entered a house already inhabited by
settlers.

Over the past few days, hundreds of Palestinians and several dozen
police officers have been hurt in clashes in and around the Old City,
including the sacred compound, which is known to Jews as the Temple
Mount and to Muslims as the Noble Sanctuary. The compound which has
been the trigger for rounds of Israel-Palestinian violence in the past, is
Islam's third-holiest site and considered Judaism's holiest.

An AP photographer at the scene said that early Monday morning,
protesters had barricaded gates to the walled compound with wooden
boards and scrap metal. Sometime after 7. a.m., clashes erupted, with
those inside throwing stones at police deployed outside. Police entered
the compound, firing tear gas, rubber-coated steel pellets and stun
grenades.

At some point during the morning about 400 people, both young
protesters and older worshippers, were inside the carpeted Al-Aqsa
Mosque. Police fired tear gas and stun grenades into the mosque.

Police said protesters hurled stones at officers and onto an adjoining
roadway near the Western Wall, where thousands of Israeli Jews had
gathered to pray.

The tensions in Jerusalem have threatened to reverberate throughout
the region.

Before Monday's rocket attack on Jerusalem, some 100 kilometers (60 miles) north of Gaza, Palestinian militants had fired several barrages of rockets into southern Israel. Protesters allied with the ruling Hamas militant group have launched dozens of incendiary balloons into Israel, setting off fires across the southern part of the country.

The rare strike on Jerusalem came moments after Hamas had set a deadline for Israel to remove its forces from the mosque compound and Sheikh Jarrah and release Palestinians detained in the latest clashes.

Hamas, an Islamic militant group that seeks Israel's destruction, has fought three wars with Israel since it seized power in Gaza in 2007. The group possesses a vast arsenal of missiles and rockets capable of striking virtually anywhere in Israel.

The rocket strike on Jerusalem was a significant escalation and raised the likelihood of a tough Israeli response.

After several days of Jerusalem confrontations, Israel has come under growing international criticism for its heavy-handed actions at the site, particularly during Ramadan.

The U.N. Security Council scheduled closed consultations on the situation Monday.

Late Sunday, the U.S. National Security Adviser Jake Sullivan spoke to his Israeli counterpart, Meir Ben-Shabbat. A White House statement said that Sullivan called on Israel to "pursue appropriate measures to ensure

calm" and expressed the U.S.'s "serious concerns" about the ongoing violence and planned evictions.

Prime Minister Benjamin Netanyahu pushed back against the criticism Monday, saying Israel is determined to ensure the rights of worship for all and that this "requires from time to time stand up and stand strong as Israeli police and our security forces are doing now."

In other violence, Palestinian protesters hurled rocks at an Israeli vehicle driving just outside the Old City walls. CCTV footage released by the police showed a crowd surrounding the car and pelting it with rocks when it swerved off the road and into a stone barrier and a bystander.

Police said two passengers were injured.

The day began with police announcing that Jews would be barred from visiting the holy site on Jerusalem Day, which is marked with a flag-waving parade through the Old City that is widely perceived by Palestinians as a provocative display in the contested city.

But just as the parade was about to begin, police said they were altering the route at the instruction of political leaders. Several thousand people, many of them from Jewish settlements in the West Bank, were participating.

In the 1967 war in which Israel captured east Jerusalem, it also took the West Bank and Gaza Strip. It later annexed east Jerusalem and considers the entire city its capital. The Palestinians seek all three areas for a future state, with east Jerusalem as their capital.

The recent round of violence began when Israel blocked off a popular spot where Muslims traditionally gather each night during Ramadan at the end of their daylong fast. Israel later removed the restrictions, but clashes quickly resumed amid tensions over the planned eviction of Palestinians from Sheikh Jarrah.

Israel's Supreme Court postponed a key ruling Monday that could have forced dozens of Palestinians from their homes, citing the "circumstances."

## SIGN UP FOR DAILY NEWSLETTERS

Email Address    Submit     Manage Newsletters

Copyright © 2021 The Washington Times, LLC.

**Please read our comment policy before commenting.**

# Popular in the Community