UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
Keren Kayemeth LeIsrael-             )
Jewish National Fund, et al.         )
                                    )
         Plaintiffs,                 )
                                    )
    v.                               )   Civil Action No. 1:19-cv-03425
                                    )
Education for a Just Peace in the Middle East )
d/b/a US Campaign for Palestinian Rights    )
                                    )
         Defendant.                  )
_____)

**PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY PURSUANT TO FED. R. CIV. P. 15(d) IN SUPPORT OF PLAINTIFFS' MOTION FOR RECONSIDERATION**

Plaintiffs hereby move pursuant to Fed. R. Civ. P. 15(d) for leave to file Supplemental Authority in support of the pending Motion for Reconsideration that is before the Court. [D.E. 27]. On June 9, 2021, the Court of Appeals for the Second Circuit issued a decision in *Kaplan v. Lebanese Canadian Bank, SAL*, No. 19-3522, 2021 WL 2345642 (2d Cir. June 9, 2021). In its Opinion the Court of Appeals clarified its earlier ruling in *Linde v. Arab Bank, PLC*, 882 F.3d 314 (2d Cir. 2018) and applied the opinion in *Halberstam v. Welch*, 705 F.2d 472 (D.C. Cir. 1983).

This Court addressed both *Linde* and *Halberstam* at pp. 8-11 of its March 29, 2021 Memorandum Opinion [D.E. 26].

Fed. R. Civ. P. 15(d) provides that "on motion and reasonable notice, the court may, on just terms, permit a party to serve a supplemental pleading setting out any transaction, occurrence or event that happened after the date of the pleading to be supplemented." The decision of the Second Circuit in *Kaplan* was issued after the Plaintiffs filed their Motion for Reconsideration [D.E. 27] and Reply [D.E. 29]. Because the issues addressed in the *Kaplan* Opinion relate to this Court's decision to dismiss Plaintiffs' Complaint, *Kaplan* should be considered by the Court. (A copy of the *Kaplan* Opinion is attached to Plaintiffs' Supplemental Memorandum.)

In accordance with L.Civ.R. 7.1(m) Plaintiffs' counsel advises the Court that Defendant's counsel has been consulted and Defendant does not consent to the filing of this Motion.

WHEREFORE, Plaintiffs hereby request leave to file the Supplemental Memorandum Providing Recent Authority in Support of Plaintiff's Motion for Reconsideration.

Dated:  June 16, 2021                    Respectfully Submitted,

                                         HEIDEMAN NUDELMAN & KALIK P.C.
                                         5335 Wisconsin Ave., Suite 440
                                         Washington, D.C. 20015

>Telephone: 202-463-1818
>Telefax: 202-463-2999
>
>By: ___/s/Tracy Reichman Kalik_____
>  Richard D. Heideman (D.C. Bar No. 377462)
>  Noel J. Nudelman (D.C. Bar No. 449969)
>  Tracy Reichman Kalik (D.C. Bar No. 462055)

Nathan Lewin
Alyza D. Lewin
LEWIN & LEWIN, LLP
888 17th Street, N.W., 4th Floor
Washington, DC 20006

Of Counsel


*Attorneys for Plaintiffs*