. UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
Keren Kayemeth LeIsrael-             )
Jewish National Fund, et al.         )
                                    )
            Plaintiffs,              )
                                    )
      v.                             )    Civil Action No. 1:19-cv-03425
                                    )
Education for a Just Peace in the Middle East)
d/b/a US Campaign for Palestinian Rights )
                                    )
            Defendant.               )
_____)

## PLAINTIFFS' SUPPLEMENTAL MEMORANDUM PROVIDING RECENT AUTHORITY IN SUPPORT OF PLAINTIFFS' MOTION FOR RECONSIDERATION

On June 9, 2021, the Court of Appeals for the Second Circuit issued its decision in *Kaplan v. Lebanese Canadian Bank, SAL*, No. 19-3522, 2021 WL 2345642 (2d Cir. June 9, 2021). The *Kaplan* Opinion is attached hereto as Exhibit A. In its Opinion, the Second Circuit provided a clarification of its earlier decision in *Linde v. Arab Bank, PLC*, 882 F.3d 314 (2d Cir. 2018), and discussed in detail the application of the "factors" that were dispositive in *Halberstam v. Welch*, 705 F.2d 472 (D.C. Cir. 1983). Both *Linde* and *Halberstam* were addressed by this Court at pp.8-11 of its March 29, 2021 Memorandum Opinion [D.E. 26].

1

The Court may also note news reports of June 14 and 15, 2021, that the balloon unit of Hamas operating from Gaza announced that it will resume launching balloon-borne incendiary devices into Southern Israel.

https://www.timesofisrael.com/amid-threats-from-gaza-police-minister-says-flag-march-to-proceed-as-scheduled/. *See also*

https://www.timesofisrael.com/liveblog_entry/fire-service-20-fires-in-south-caused-by-incendiary-balloons/.

Dated:  June 16, 2021

Respectfully Submitted,

HEIDEMAN NUDELMAN & KALIK P.C.
5335 Wisconsin Ave., Suite 440
Washington, D.C. 20015
Telephone:  202-463-1818
Telefax:  202-463-2999

By: ___*/s/Tracy Reichman Kalik*_____
    Richard D. Heideman (D.C. Bar No. 377462)
    Noel J. Nudelman (D.C. Bar No. 449969)
    Tracy Reichman Kalik (D.C. Bar No. 462055)

Nathan Lewin
Alyza D. Lewin
LEWIN & LEWIN, LLP
888 17th Street, N.W., 4th Floor
Washington, DC 20006

Of Counsel


*Attorneys for Plaintiffs*