UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
Keren Kayemeth LeIsrael-             )
Jewish National Fund, et al.         )
                                    )
            Plaintiffs,              )
                                    )
      v.                             )        Civil Action No. 1:19-cv-03425
                                    )
Education for a Just Peace in the Middle East )
d/b/a US Campaign for Palestinian Rights    )
                                    )
            Defendant.               )
_____)

# [TENDERED] ORDER

This matter having come before the Court on Plaintiffs' Motion pursuant to Rule 15(d) of the Federal Rules of Civil Procedure for Leave to File Recent Authority in Support of Plaintiffs' Motion for Reconsideration,

The Court having been sufficiently advised, it is hereby ORDERED that Plaintiffs' Motion is GRANTED and Plaintiffs' Supplemental Memorandum Providing Recent Authority, with exhibit attached thereto, shall be filed in the record of this case.

IT IS SO ORDERED on this the _____ day of _____, 2021.

_____
Judge Richard J. Leon
United States District Court for
the District of Columbia